In re Rushing, David; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of St. Tammany, 22nd Judicial District Court, Div. “E”, No. 109,263; to the Court of Appeal, First Circuit, No. KW-931093.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La. 9/5/95), 660 So.2d 1189. Resentencing alone does not restart the three-year time period for applying for post conviction relief. Cf. State ex rel. Campbell v. Whitley, 93-0677 (La. 10/27/95), 661 So.2d 1367 (out-of-time appeal does restart three-year period).